Kathleen M. DeLaney, Esq.  (SBN 196376)
**USERY & ASSOCIATES**
**Mailing Address**: P.O. Box 2996
Hartford, CT  06104-2996
**Physical Address**: 401 Lennon Lane, Suite 100
Walnut Creek, CA  94598
Main (917) 778-6680; Fax (844) 571-3789
Direct (925) 746-3939
E-mail: kdelane5@travelers.com

Attorneys for Defendant, TRAVELERS
COMMERCIAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANE PARROTT, an individual, | **CASE NO. 2:25-cv-00268-JAM-DMC** |
| Plaintiff, | |
| vs. | **ORDER RE STIPULATION TO EXTEND PRETRIAL AND TRIAL DEADLINES** |
| TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut Company; and DOES 1-10, | |
| Defendants. | |

The Court, having considered the Parties' Stipulation to Extend Pretrial Deadlines, and good cause appearing, hereby orders that the deadlines set forth in the Pretrial Scheduling Order (ECF No. 9) are modified, as follows:

| Event | New Deadline |
|---|---|
| Expert Witness Disclosure (Initial) | July 24, 2026 |
| Expert Witness Disclosure (Rebuttal and Supplemental) | August 7, 2026 |
| Joint Mid-Litigation Statement | September 4, 2026 |

| Event | New Deadline |
|---|---|
| Discovery shall be completed | September 18, 2026 |
| Dispositive Motion Filing | November 13, 2026 |
| Hearing on Dispositive Motions | January 12, 2027 at 1:00 pm |
| Joint Pretrial Statement | Friday, March 12, 2027 |
| Final Pretrial Conference | Friday, March 19, 2027 at 10:00 am |
| Jury Trial | Monday, May 3, 2027 at 9:00 am |

**IT IS SO ORDERED.**

Dated: December 15, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE