Kathleen M. DeLaney, Esq.  (SBN 196376)
**USERY & ASSOCIATES**
**Mailing Address**:  P.O. Box 2996
Hartford, CT  06104-2996
**Physical Address**:  401 Lennon Lane, Suite 100
Walnut Creek, CA  94598
Main (917) 778-6680; Fax (844) 571-3789
Direct (925) 746-3939
E-mail: kdelane5@travelers.com

Attorneys for Defendant, TRAVELERS
COMMERCIAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANE PARROTT, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut Company,<br><br>        Defendants. | **CASE NO. 2:25-cv-00268-JAM-DMC**<br><br>**<u>SECOND</u> STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

Plaintiff Blane Parrott ("Plaintiff") and Defendant Travelers Commercial Insurance Company ("Defendant") (collectively, the "Parties), by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on May 2, 2025, the Court issued a Pretrial Scheduling Order (Dkt No. 9);

WHEREAS, on December 12, 2025, the Parties submitted a Stipulation to Extend Pretrial and Deadlines (Dkt. No. 10), in which this Court granted and signed on December 16, 2025 (Dkt. 11).

WHEREAS, this matter is extremely complex, and the Parties have worked and are still working diligently and cooperatively to conducting discovery involving tens of thousands of pages

SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

of documents that must be reviewed by not only the parties and their counsel, but also by experts;

WHEREAS, counsel for Plaintiff has been dealing with serious health issues, which has impacted counsel's ability to meet current deadlines;

WHEREAS, the Parties intend to complete a private mediation once percipient discovery is completed, and, in any case, no later than October 31, 2027;

WHEREAS, the Parties have met and conferred and agree that additional time is necessary to complete discovery, and complete the mediation, and, if needed, prepare dispositive motions;

WHEREAS, for good cause shown above, the Parties jointly request the Court grant a six (6) month extension of all current deadlines, as reflected in the table below;

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Witness Disclosure (Initial) | Friday, July 24, 2026 | Friday, January 22, 2027 |
| Expert Witness Disclosure (Rebuttal and Supplemental) | Friday, August 7, 2026 | Friday, February 5, 2027 |
| Brief Joint Statement Summarizing All Law and Motion Practice Heard by the Court | Friday, March 6, 2026 | Friday, March 5, 2027 |
| Discovery shall be completed | Friday, March 20, 2026 | Friday, March 19, 2027 |
| LD to Meet and Confer re MSJ Filing | Friday, April 17, 2026 | Friday, April 16, 2027 |
| LD to File MSJ (If the Parties intend to file cross motions) | Friday, May 1, 2026 | Friday, April 30, 2027 |
| Dispositive Motion Filing | Friday, May 15, 2026 | Friday, May 14, 2027 |
| Last Day to Hear Dispositive Motions | Tuesday, July 14, 2026 | Tuesday, July 13, 2027 |
| Joint Pretrial Statement | Friday, September 11, 2026 | Friday, September 10, 2027 |
| Final Pretrial Conference | Friday, September 18, 2026 | Friday, September 17, 2027 |
| Jury Trial | Monday, November 2, 2026 | Monday, November 1, 2027 |

2

SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

**IT IS SO STIPULATED.**

Dated: July 2, 2026                                   USERY & ASSOCIATES

                                                      By /s/ Kathleen M. DeLaney
                                                      Kathleen M. DeLaney
                                                      Attorneys for Defendant
                                                      TRAVELERS COMMERCIAL INSURANCE
                                                      COMPANY

Dated: July 2, 2026                                   WINTERS & ASSOCIATES

                                                      By /s/ Jack B. Winters
                                                      Jack B. Winters
                                                      Attorneys for Plaintiff
                                                      BLANE PARROTT

3

SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Kathleen M. DeLaney, Esq.  (SBN 196376)
**USERY & ASSOCIATES**
**Mailing Address**:  P.O. Box 2996
Hartford, CT  06104-2996
**Physical Address**:  401 Lennon Lane, Suite 100
Walnut Creek, CA  94598
Main (917) 778-6680; Fax (844) 571-3789
Direct (925) 746-3939
E-mail: kdelane5@travelers.com


Attorneys for Defendant, TRAVELERS
COMMERCIAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANE PARROTT, an individual,<br><br>        Plaintiff,<br>vs.<br><br>TRAVELERS COMMERCIAL<br>INSURANCE COMPANY, a Connecticut<br>Company,<br><br>        Defendants. | **CASE NO. 2:25-cv-00268-JAM-DMC**<br><br>**SECOND** **ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

4

SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date | **03/05/2027** |
| Disclosure of Expert(s) Deadline | **01/22/2027** |
| Supplemental Disclosure Deadline | **02/05/2027** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **05/14/2027** |
| Dispositive Motion Hearing | **07/13/2027, at 01:00 p.m.** |
| Joint Pretrial Statement Filing Deadline | Seven (7) days prior to the final pretrial conference |
| Final pretrial conference | **09/24/2027, at 11:00 a.m.** |
| Jury Trial (10-15 Days) | **11/08/2027, at 9:00 a.m.** |

///

///

///

///

///

5

SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

All other instructions contained in the May 02, 2025 Pretrial Scheduling Order (ECF No. 9) shall remain in effect.

**IT IS SO ORDERED**.

Dated: July 07, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER